NIEMOLLER, Respondent, v. DUNCOMBE, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Eunice Niemoller against Naomi Duncombe.

PER CURIAM. Order modified on argument so as to strike out the award of $10 costs to abide the event, and in lieu thereof prescribe, as a condition of opening the default and setting aside the judgment in this action, that the plaintiff within five days pay the defendant $10 costs of the motion, and $10 costs and disbursements of this appeal, and stipulate to try the cause at the June circuit in Westchester county; and, if the plaintiff fails to comply with the conditions aforesaid within the time aforesaid, then the order appealed from is reversed absolutely, with $10 costs and disbursements, and motion to set aside the judgment denied. See 53 N. Y. Supp. 872.